UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH MARK POHLMANN

    Plaintiff,

v.                                Case No. 4:23cv19-TKW/MAF

LISA NOLES, et al.,

    Defendants.
_____/

# O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 24). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of Defendants' motions to dismiss, except his recommendation that the Eighth Amendment claims against Defendants in their <u>official</u> capacities can proceed. A suit against a state prison official in his or her official capacity is effectively a suit against the state, and it is well-established that the State of Florida and its agencies are immune from damage suits under 42 U.S.C. §1983. *See, e.g., Hafer v. Melo*, 502 U.S. 21, 25 (1991); *Zatler v. Wainwright*, 802 F.2d 397, 400 (11th Cir. 1986); *Henry v. Fla. Bar*, 701 F. App'x 878, 880 (11th Cir. 2017).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Oder, except as stated above.

2. Defendants' motions to dismiss (Docs. 11, 20) are GRANTED in part, and the claim for injunctive relief and the official-capacity Eighth Amendment claims in the amended complaint are DISMISSED. The motions are otherwise DENIED, and Plaintiff's individual-capacity Eighth Amendment claims may proceed.

3. This case is returned to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 29th day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**