UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH MARK POHLMANN,

    Plaintiff,

v.                                                   Case No. 4:23cv19-TKW-MAF

LISA NOLES, et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 48) and Plaintiff's objections (Doc. 49). No response to the objections is needed.

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Defendants are entitled to summary judgment on the remaining claims in this case because the undisputed evidence establishes that they were not deliberately indifferent to Plaintiff's medical condition. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions for summary judgment (Docs. 35, 41) are **GRANTED**, and the remaining claims in this case are **DISMISSED with prejudice**.

3. The Clerk shall enter judgment in favor of Defendants and close the case.

**DONE AND ORDERED** this 24th day of February, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**